## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Thelma Ellen, et al.

v.                                                              Case Number: 4:19–cv–03610

Liberty Insurance Corporation

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Alfred H Bennett**

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/14/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   December 4, 2019                                              David J. Bradley, Clerk